**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David A. Doty*
Assistant U.S. Attorney

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*main: (856) 757-9066*
*direct: (856) 605-4905*
*David.Doty@usdoj.gov*

September 23, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Singh v. Soto, et al.*, No. 26-cv-12480 (MCA)**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 7:20 p.m. on September 22, 2026, under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and release return it to Petitioner. If ICE subsequently informs us that any property is lost or not returned, we will meet and confer with Petitioner's counsel on how to quickly resolve the issue without the need for judicial intervention. If attempts to meet and confer fail, we will promptly file a letter on the docket.

We therefore respectfully request that the Court lift all temporary restraints and close this case. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David A. Doty*
DAVID A. DOTY
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by CM/ECF)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*

MADELINE COX ARLEO, U.S.D.J.

Date: 9/24/26